| TUCSON DIVISION | *United States Bankruptcy Court* | YUMA DIVISION |
|---|---|---|
| James A Walsh Courthouse |  | 325 W. 19th St., Ste. D |
| 38 S. Scott Avenue | | Yuma, AZ 85364 |
| Tucson, AZ 85701 | *District of Arizona* | **FILED** Mailing Address |
| 520-202-7500 | | P.O. Box 13011 |
| | **PHOENIX HEADQUARTERS** | Yuma, AZ 85366 |
| | 230 N. First Avenue, Suite 101 | 928-783-2288 |
| | Phoenix AZ 85003-1706 | 08 JUL 16 P 3:18 |
| | 602-682-4000 | |

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

## DEBTOR CHANGE OF ADDRESS

Case No.: **08-08808**   Chapter: **7**

**Debtor(s) Name:** Martha Ibarra

**NEW Mailing Address:** 9529 W. Hazelwood St
Street Address/P.O. Box Number

Suite/Apartment Number

PHOENIX    AZ    85037
City       State   Zip Code

**OLD Mailing Address:** 6740 W. Redfield
Street Address/P.O. Box Number

Suite/Apartment Number

PEORIA    AZ    85381
City       State   Zip Code

**Debtor(s) Signature:** [signature]   7/10/08
                                        Date

_____
Date

DebtorAddChng/2/05

07/17/2008